UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adwin Jeovany HERNANDEZ FIGUEROA,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>Christopher LaROSE, et al.,<br><br>　　　　　　　　　　Respondents. | Case No.:  26-cv-2076-AGS-VET<br><br>**ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (ECF 4), DISCHARGING ORDER TO SHOW CAUSE (ECF 2), AND SETTING HEARING** |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention, and he moves to proceed without paying the filing fee—known as proceeding *in forma pauperis* ("IFP"). Typically, parties seeking a writ of habeas corpus must pay a $5 filing fee. *See* 28 U.S.C. § 1914(a). But an action may proceed without payment if the court grants leave to proceed IFP. *See Hymas v. U.S. Dep't of the Interior*, 73 F.4th 763, 765 (9th Cir. 2023) (holding that when an "IFP application is denied altogether, Plaintiff's case [cannot] proceed unless and until the fee[s] [a]re paid"). Although the filing fee is only $5, petitioner claims to have "[n]o" checking account or savings. (ECF 4, at 2). The IFP request is **GRANTED**, and the order to show cause (ECF 2) is discharged.

For this petition, the Court adopts the Standard Procedures from Chief Judge Order No. 144. So, respondents' answer is due **May 1, 2026**, and petitioner's reply is due **May 8, 2026**. The Court sets oral argument for **May 11, 2026, at 11:00 a.m.** Respondents' counsel is responsible for coordinating petitioner's in-person participation. And in its answer, respondents' counsel must notify the Court as to whether petitioner will require an interpreter at the hearing and, if so, which language.

Dated:  April 24, 2026

_____

Hon. Andrew G. Schopler
United States District Judge