UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adwin Jeovany HERNANDEZ FIGUEROA,<br><br>      Petitioner,<br><br>v.<br><br>Christopher LaROSE, et al.,<br><br>      Respondents. | Case No.:  26-cv-2076-AGS-VET<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING A BOND HEARING** |

Petitioner Adwin Hernandez Figueroa seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. The "government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." (ECF 6, at 1–2.) Given respondents' concession, the Court **GRANTS** the petition and orders that petitioner receive such a bond hearing by May 11, 2026. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  April 27, 2026

            _____

            Hon. Andrew G. Schopler
            United States District Judge

1